**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Boston)**

| | | |
|---|---|---|
| ERIEN L. FRAZIER, Plaintiff, | * | |
| vs. | * | Civil Action No.: 1:16-CV-11746-RGS |
| ATLANTIC UNION CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, ET AL. Defendants. | * | |

************************************************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Erien L. Frazier, *pro se*, and Defendants Atlantic Union Conference Association of Seventh-day Adventists and Atlantic Union College, by counsel, having filed their Stipulation of Dismissal With Prejudice, and the Court, having been duly advised, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Erien L. Frazier against Defendants Atlantic Union Conference Association of Seventh-day Adventists and Atlantic Union College are dismissed, with prejudice. Plaintiff Erien L. Frazier and Defendants Atlantic Union Conference Association of Seventh-day Adventists and Atlantic Union College shall bear their own costs and attorneys' fees.

Date: 10-25-16

Richard G. Stearns
JUDGE, United States District Court,
District of Massachusetts

10-25-16